OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Cᴏᴜʀᴛ ᴏꜰ Aᴘᴘᴇᴀʟs
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

March 19, 2026

Bruce Bennett
Jones Day
555 S Flower Street
50th Floor
Los Angeles, CA 90071

Garrett W. Callen
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001

Christopher J. DiPompeo
Willkie Farr & Gallagher
1875 K Street NW
Washington, DC 20006

Genna L. Ghaul
Jones Day
250 Vesey Street
Floor 31
New York, NY 10281

C. Kevin Marshall
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001

Benjamin Rosenblum
Jones Day
250 Vesey Street
Floor 31
New York, NY 10281

RE: In re: Cross-Holder Ad Hoc Group, et al, et al
Case Number: 26-1595
District Court Case Number: 26-10910

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

**Effective December 15, 2008, the Court implemented the Electronic Case Files System. Accordingly, attorneys are required to file all documents electronically. See 3d Cir. L.A.R. 113 (2008) and the Court's CM/ECF website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

To All Parties:

Enclosed is the case opening information regarding the above-captioned petition filed by **Cross-Holder Ad Hoc Group, Excluded First Lien Lenders**, docketed at **No. 26-1595**. Any inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms and case information are available on our website at http://www.ca3.uscourts.gov. The petition was received on **March 19, 2026.**

The docketing fee was received on **March 19, 2026**. Payment made through pay.gov. A03-68551-616

The petition will be forwarded to the Court for disposition. The parties will be advised when an order is entered by the Court either denying the petition or directing that a response be filed.

Counsel for Petitioner must file:
1. Application for Admission (if applicable);
2. Appearance Form

3. Disclosure Statement (except governmental entities)
These forms must be filed **within fourteen (14) days of the date of this letter**.

Counsel for Respondent(s) must file:
1. Application for Admission (if applicable);
2. Appearance Form
3. Disclosure Statement (except governmental entities)
These forms must be filed **within fourteen (14) days of the date of this letter**.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

s/ Pamela – Case Manager 267-299-4943

cc:
  Matthew E. Beck, Esq.
  Ryan P. Dahl, Esq.
  Paul R. DeFilippo, Esq.
  Uriel Hinberg, Esq.
  Honorable  Michael B. Kaplan, Esq.
  Alexander Lees, Esq.
  Roman Martinez, Esq.
  Peter Prindiville, Esq.
  Joseph Serino Jr., Esq.
  Michael D. Sirota, Esq.
  Melanie W. Yanez, Esq.
  Felice C. Yudkin, Esq.