**No. 26-1595**

# In the United States Court of Appeals for the Third Circuit

*IN RE CROSS-HOLDER AD HOC GROUP AND EXCLUDED FIRST LIEN LENDERS*
*(each on behalf of its participating clients),*

*Petitioners,*

**On Petition for a Writ of Mandamus**
**to the Bankruptcy Court for the District of New Jersey**
**in No. 26-10910-MBK, Hon. Michael B. Kaplan**

**MOTION FOR LEAVE TO FILE THE *AMICUS CURIAE* BRIEF OF**

**PROFESSOR ADAM J. LEVITIN**

**IN SUPPORT OF PETITIONER**

*ADAM J. LEVITIN*
*Counsel of Record*
*600 New Jersey Ave., NW*
*Washington, DC 20001*
*AJL53@georgetown.edu*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, *amicus curiae* is not a corporate entity, but a natural person. *Amicus* is not subject to the disclosure provisions of Rule 26.1.

33208229.2

## MOTION FOR LEAVE TO FILE AMICUS BRIEF

Pursuant to Federal Rule of Appellate Procedure 29(b)(3), the proposed *amicus curiae* (the "**_Amicus_**"), respectfully moves this Court for leave to file the attached *Amicus Curiae* Brief of Professor Adam J. Levitin in Support of Petitioner.

The *Amicus* is Professor Adam J. Levitin, Carmack Waterhouse Professor of Law and Finance, Georgetown University Law Center

The mandamus petition concerns the interpretation of the bankruptcy venue statute, 28 U.S.C. § 1408. Professor Levitin's scholarship has previously addressed the interpretation of the venue statute and how it has been abused through forum shopping and judge shopping in large chapter 11 cases. Adam J. Levitin, *Judge Shopping in Chapter 11 Bankruptcy*, 2023 ILL. L. REV. 351; Adam J. Levitin, Purdue*'s Poison Pill: The Breakdown of Chapter 11's Checks and Balances*, 100 TEX. L. REV. 1079, 1123-25 (2022). Professor Levitin has also previously written about issues with forum shopping and irregular judicial case assignment specifically in the District of New Jersey. Adam J. Levitin, *Rite Aid Pulls a Purdue Pharma to (Sorta) Pick Its Judge*, CREDITSLIPS.ORG, Oct. 16, 2023, *at* https://tinyurl.com/5cb7uw7e.

Professor Levitin is concerned about the deleterious effects of forum shopping on the administration of justice in large chapter 11 cases. Professor Levitin submits this brief to help the Court understand the policy problems in chapter 11 cases that arise from forum shopping and to highlight the unusual statistical patterns in bankruptcy filings and case assignments in the Bankruptcy Court for the District of New Jersey, as well as to emphasize the need for liberal standards for granting mandamus in bankruptcy cases because the unusual challenges to bankruptcy appeals can present a problem of harms that are capable of repetition yet evading appellate review.

Although this Court has not set forth standards to apply when evaluating whether to allow an *amicus curiae* brief under Rule 29, other circuit courts hold that it is preferable to "err on the side of granting leave." *Neonatology Assoc's, P.A. v. C.I.R.*, 293 F.3d 128, 133 (3rd Cir. 2002); *see also Lefebure v. D'Aquilla*, 15 F.4th 670, 676 (5th Cir. 2021) (courts would be "well advised to grant motions for leave to file amicus briefs unless it is obvious that the proposed briefs do not meet Rule 29's criteria as broadly interpreted.").

4

One of the reasons for a permissive view of Rule 29 is that "[s]ome friends of the court are entities with particular expertise not possessed by any party to the case." *Neonatology*, 293 F.3d at 132.  Such is the case here.

## CONCLUSION

For the foregoing reasons, *Amicus* respectfully requests that the Court grant this motion to file the attached brief.

Respectfully submitted,

Dated: Mar. 23, 2026

Adam J. Levitin
  *Counsel of Record*
600 New Jersey Ave., NW
Washington, DC 20001
AJL53@georgetown.edu
202-662-9234

**CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the type volume limitations of Fed. R. App. P. 27(d)(2) because it contains 440 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). I further certify that it complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it was prepared using Microsoft Word in 14-point Century Schoolbook type.

Dated: March 23, 2026                     /s/ Adam J. Levitin

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2026, I caused the foregoing to be filed with the Clerk of Court for the United States Court of Appeals for the Third Circuit using the CM/ECF system. For participants in the case who are registered CM/ECF users, service will be accomplished through the CM/ECF system.

Dated: March 23, 2026                     /s/.  Adam J. Levitin