UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-070-E

No. 26-1595

In re: CROSS-HOLDER AD HOC GROUP, EXCLUDED FIRST LIEN LENDERS,
Petitioners

(Related to Bankr. D.N.J. No. 26-10910)

Present: PORTER, FREEMAN, and AMBRO, *Circuit Judges*

1.  Petition for Writ of Mandamus filed by Petitioners Cross-Holder Ad Hoc Group and Excluded First Lien Lenders;

2.  Motion by Professor Adam J. Levitin as Amicus Curiae to Proceed as Amicus on the Merits in Support of Petitioner with Brief in Support;

3.  Response filed by Respondent Secured Ad Hoc Group to Petition for Writ of Mandamus:

4.  Response filed by Respondent Clayton Dubilier & Rice LLC to Petition for Writ of Mandamus.

5.  Response filed by Respondent Multi-Color Corp. to Petition for Writ of Mandamus.

6.  Reply by Petitioner Cross-Holder Ad Hoc Group in Support for a Writ of Mandamus.

Respectfully,
Clerk/pdb

_____ ORDER _____

The Motion by Professor Adam J. Levitin to Proceed as Amicus Curiae is GRANTED.

The Petition for Writ of Mandamus is DENIED.

By the Court,

s/Arianna J. Freeman
Circuit Judge

Dated: March 26, 2026
Sb/cc:  All Counsel of Record



**A True Copy**:

Patricia S. Dodszuweit, Clerk