OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Cᴏᴜʀᴛ ᴏғ Aᴘᴘᴇᴀʟs
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

March 26, 2026

Melissa E. Rhoads
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building and United States Courthouse
402 E State Street
Trenton, NJ 08608

RE: In re: Cross-Holder Ad Hoc Group, et al, et al
Case Number: 26-1595
District Court Case Number: 26-10910

Dear Clerk:

Enclosed please find copies of the following filed today in the above-entitled case:

 Certified copy of the order denying the issuance of a writ of mandamus/prohibition.

Very truly yours,

Patricia S. Dodszuweit, Clerk

 By: Stephanie
Case Manager
Direct Dial 267-299-4926

cc: All Counsel of Record